UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-81173-Civ-Cohn/Seltzer

ANA ISABELLA MADIEDO,

    Plaintiff,

v.

MARK GERHARDT, MATTHEW BRINDISI, INTEGRITY WAY and TRANSFORMATIONS TREATMENT, INC.,

    Defendants.
_____/

### FINAL SUMMARY JUDGMENT ON FLSA CLAIM (TWO-YEAR CLAIM)

**THIS CAUSE** is before the Court upon the separately entered order granting Defendants' Motion for Summary Judgment.  Accordingly it is **ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Mark Gerhardt, Matthew Brindisi, Integrity Way, and Transformations Treatment, Inc., and against the Plaintiff, Ana Isabella Madiedo, on only her two-year Fair Labor Standards Act claim filed in this action, and Plaintiff shall take nothing from Defendants in this action.  The Clerk may close this case and deny any remaining pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2011.

*[signature]*
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record on CM/ECF